NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-55025 |
| Plaintiff - Appellee, | D.C. Nos. 2:09-cv-07565-CAS |
| | 2:99-cr-01363-CAS |
| v. | |
| GEORGE MICHAEL RUELAS, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Christina A. Snyder, District Judge, Presiding

Submitted June 18, 2013[**]

Before:    TALLMAN, M. SMITH, and HURWITZ, Circuit Judges.

Federal prisoner George Michael Ruelas appeals pro se from the district

court's order denying his motion for production of photographic trial exhibits.  We

dismiss for lack of jurisdiction.

_____

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

Ruelas contends that the district court erred by denying his motion for photographic evidence. The district court properly treated this motion as a discovery request because Ruelas requested the discovery in the ongoing review of his conviction. Because discovery orders are not final appealable orders, *see United States v. Zone*, 403 F.3d 1101, 1106 (9th Cir. 2005) (per curiam), we dismiss.

**DISMISSED.**